judgment.

### 37077. HUGHES v. CONNELL.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED APRIL 29, 1981 — REHEARING DENIED MAY 13, 1981.

*Gignilliat & Abbott,* for appellant.
*Griffis & Thomas, Tom Thomas,* for appellee.

### 36963. CLEVELAND v. CLEVELAND.

Judgment affirmed without opinion pursuant to Rule 59 (1).
*All the Justices concur.*

DECIDED APRIL 8, 1981.

Jesse Cleveland, *pro se.*
*Clyde Eberhardt, C. W. Milam, Joseph S. Crespi,* for appellee.

### 36986. ETZION v. EVANS.

HILL, Presiding Justice.
The State of Georgia is not a sanctuary for child snatchers.
The parties to this appeal were divorced in New York by a decree dated May 25, 1977, which awarded custody of their minor child, a son born in 1972, to the mother. Subsequently the mother and child moved to Connecticut and then to Pennsylvania.[1] In testimony before the court below, the father admitted that he presented to the

---

[1] The husband contends and the court below found as a fact that these moves violated the New York order. However, the New York decree of May 25, 1977, does not prohibit the mother from moving out of New York. Furthermore, on October 30, 1979, after she had moved to Philadelphia, the New York court reaffirmed the award of custody to the mother. The court's order recites that the husband had sought to modify the original award of custody and had sought an order holding his ex-wife in